1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7161
7      FAX: (415) 436-7169
       stephen.johnson1@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. FJ 98-036 MAG
14                                  )
           Plaintiff,                )
15                                  )   **ORDER APPROVING**
       v.                           )
16                                  )   **STIPULATION FOR ENTRY OF**
   DEAN ANDROPOULOS,                )   **ORDER GRANTING WRIT OF**
17                                  )   **GARNISHMENT AND ORDER OF**
           Defendant.                )   **DISPOSITION**
18  _____)
                                        **GARNISHEE:**
19                                      **BAYLOR COLLEGE OF MEDICINE**

20
       Upon consideration of the Stipulation for Entry of Order Granting Writ of Garnishment,
21
   and for good cause shown,
22
       IT IS HEREBY ORDERED that the Stipulation for Entry of Order Granting Writ of
23
   Garnishment is approved.
24
       IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing
25
   Garnishment to garnishee Baylor College of Medicine for the purpose of garnishing defendant's
26
   earnings to satisfy the judgment entered in the above-captioned case, in the amount of $2,825.54
27
28

ORDER
FJ 98-036 MGA                    -1-

from each bi-weekly paycheck.

      IT IS FURTHER ORDERED that this order shall serve as an order of disposition under 28 U.S.C. § 3205(c)(7) directing the garnishee to make payments directed by the clerk's writ.

      IT IS SO ORDERED.


Dated:  Nov. 17, 2009

UNITED STATES DISTRICT JUDGE



ORDER
FJ 98-036 MGA                      -2-