1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7161
7  FAX: (415) 436-7169
   stephen.johnson1@usdoj.gov
8
   Attorneys for United States of America
9

10             UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   No. FJ 98-036 MAG
14                                  )
            Plaintiff,              )
15                                  )   **WRIT OF GARNISHMENT**
        v.                          )
16                                  )
   DEAN ANDROPOULOS,                )   **GARNISHEE:**
17                                  )   **BAYLOR COLLEGE OF MEDICINE**
            Defendant.              )
18 _____ )

19      TO:     **GARNISHEE:**
                **BAYLOR COLLEGE OF MEDICINE**
20

21  **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

22  **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH**

23  **THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT**

24  **INTEREST.**

25      The name, last known address, and last four digits of the social security number of the

26  person who is the defendant-judgment debtor ("defendant") in this action and whose property is

27  subject to this Writ are as follows:

28

WRIT OF GARNISHMENT
FJ 98-036 MGA                    -1-

Dean Andropoulos
15 N. Benton Woods Circle
The Woodlands, TX 77382

Social Security Number (last four digits): 4305

This Writ has been issued pursuant to a stipulation between the United States of America and Dean Andropoulos, concerning a judgment with a current balance of $223,635.15.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. From each paycheck due to defendant Dean Andropoulos, pay to the United States Department of Justice, Financial Litigation Unit, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102, the sum $2,824.54.

2. You should continue to pay this sum until you are notified by the court to suspend or cease making such payments.

**IF YOU FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD REASONABLE ATTORNEY'S FEES TO THE UNITED STATES AND AGAINST YOU.**

RICHARD W. WIEKING,
Clerk of the United States
District Court for the Northern
District of California

Dated: November 18, 2009    By: *Lashanda Scott*
                                   Deputy Clerk

WRIT OF GARNISHMENT
FJ 98-036 MGA                    -2-