MELINDA HAAG (CSBN 132612)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division

STEPHEN L. JOHNSON (CSBN 145771)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7161
FAX: (415) 436-7169
stephen.johnson1@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEAN ANDROPOULOS, ) <br> ) <br> Defendant. ) <br> ) | No. FJ 98-036 CRB <br><br> **MODIFIED STIPULATION FOR ENTRY OF ORDER GRANTING WRIT OF GARNISHMENT AND ORDER OF DISPOSITION** <br><br> [~~Proposed~~]**ORDER APPROVING STIPULATION** <br><br> **GARNISHEE:** <br> **BAYLOR COLLEGE OF MEDICINE** |

    Plaintiff United States of America and defendant Dean Andropoulos, defendant, enter into this Modified Stipulation for Entry of Order Granting Writ of Garnishment and Order of Disposition under 28 U.S.C. § 3205(c)(7) with reference to the following facts:

**RECITALS**

    A.    On November 17, 2009, the Court entered an order approving the Stipulation for Entry of Order Granting Writ of Garnishment and Order of Disposition, which required

MODIFIED STIP AND PROPOSED
ORDER ON WRIT OF GARNISHMENT
FJ 98-036 CRB                       -1-

1  defendant's employer, Baylor College of Medicine to take $6,000 from defendant's salary each
2  month to pay his outstanding student loans.
3        B.      Defendant has represented that the payment of $6,000 is a financial hardship, and
4  has requested a reduction. The United States has agreed to reduce the monthly payment to $4,000
5  (which is $1,846.15 for each paycheck as defendant is paid every two weeks).

## STIPULATION

Based on the foregoing, the parties STIPULATE and AGREE that;

1. The writ of garnishment shall direct garnishee Baylor College of Medicine to pay to the United States **$1,846.15** from each paycheck issued to plaintiff until it receives an order suspending or terminating such payments.

2. The order approving this stipulation shall also serve as an order under 28 U.S.C. § 3205(c)(7) directing the garnishee to pay the garnished sums to the United States.

SO STIPULATED.

Dated: 8/24/2010
        /s/
DEAN ANDROPOULOS
Defendant


MELINDA HAAG
United States Attorney


Dated: 8/24/2010
        /s/
STEPHEN L. JOHNSON
Assistant United States Attorney
Counsel for Plaintiff

MODIFIED STIP AND PROPOSED
ORDER ON WRIT OF GARNISHMENT
FJ 98-036 CRB       -2-

APPROVED AS TO FORM:

LAW OFFICE OF J. THOMAS BLACK, P.C.

/s/
―――――――――――――
J. THOMAS BLACK
Counsel for Defendant

**ORDER APPROVING STIPULATION**

For good cause show, the stipulation set forth above is hereby approved.

IT IS SO ORDERED.

Dated:  August 26, 2010

CHARLES R. BREYER
UNITED STATES D...



MODIFIED STIP AND PROPOSED
ORDER ON WRIT OF GARNISHMENT
FJ 98-036 CRB                                    -3-