MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
RAVEN M. NORRIS (CSBN 232868)
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6915
 Facsimile: (415) 436-6570
 raven.norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DEAN ANDROPOULOS,<br><br>  Defendant.<br><br>BAYLOR COLLEGE OF MEDICINE,<br><br>  Garnishee. | Case No. FJ 98-036 MAG<br><br>**TERMINATION OF WRIT OF CONTINUING GARNISHMENT, AND [PROPOSED] ORDER THEREON** |

The United States has calculated that the debt in the above-captioned case will be paid down to a balance of approximately $625 following receipt of the defendant's garnished earnings, which will be paid by the garnishee to the United States on or about June 5, 2013. The defendant has agreed to make a final payment directly to the United States to pay the balance in full upon being notified of the remaining outstanding balance. This payment will be made no later than July 12, 2013.

Accordingly, pursuant to 28 U.S.C. § 3205(c)(10)(C), the Writ of Continuing Garnishment issued on November 18, 2009, is hereby terminated due to the satisfaction of the debt with respect to which the writ was issued.

Termination of Writ of Continuing Garnishment,     1
and Order Thereon F.J. 98-036 MAG

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | MELINDA HAAG<br>United States Attorney |
| Dated: April 17, 2013 | By: _____/s/_____<br>RAVEN M. NORRIS<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

Dated: __April 22, 2013__

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Termination of Writ of Continuing Garnishment, and Order Thereon  F.J. 98-036 MAG